
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwain Lammey, | CASE NO.: 2:19-cv-04195-SVW-MRW |
| Plaintiff | JUDGMENT |
| vs. | |
| WGSL-2, LLC et al, | |
| Defendant. | |

Judgment is entered for defendants, BAH California, Inc., and WGSL-2, LLC., and against plaintiff Dwain Lammey, pursuant to the Court's Findings of Fact and Conclusions of Law dated August 10, 2020.

DATE: August 11, 2020

STEPHEN V. WILSON, U.S. DISTRICT JUDGE